IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHNNY JONES, JR.** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   **CIVIL ACTION 03-00707-CG-B** |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 1, 2007, is **ADOPTED** as the opinion of this Court. Plaintiff is awarded attorney's fees under the Equal Access to Justice Act in the amount of $1,498.25. Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$1,475.00,** which was previously awarded pursuant to the Equal Access to Justice Act.

**DONE** and **ORDERED** this the 22nd day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE