IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHNNY JONES, JR.** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION 03-00707-CG-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| Commissioner of Social | * |
| Security, | * |
| | * |
| Defendant. | * |

## AMENDED ORDER[1]

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 1, 2007, is **ADOPTED** as the opinion of this Court.  Petitioner is hereby **DIRECTED** to disburse to Plaintiff the sum of **$1,475.00,** which was previously awarded pursuant to the Equal Access to Justice Act ("EAJA").

**DONE** and **ORDERED** this the 28th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Upon notice of counsel of a scrivener's error in the March 22, 2007 Order (Doc. 26) (language awarding attorney's fees under the EAJA in the amount of $1,498.25), this Amended Order is hereby substituted for same.